

# Fourth Court of Appeals
## San Antonio, Texas

February 27, 2018

No. 04-18-00112-CV

**IN RE** Deborah **SILVA**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:       Sandee Bryan Marion, Chief Justice
                 Luz Elena D. Chapa, Justice
                 Irene Rios, Justice

On February 23, 2018, relator filed a petition for writ of mandamus and a motion for emergency stay. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and the real party in interest may file a response to the petition for writ of mandamus in this court **no later than March 14, 2018.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

Relator's request for a stay is GRANTED. The trial court's October 18, 2017 Order of Enforcement By Contempt and Suspension of Commitment is hereby ORDERED STAYED pending final resolution of the petition for writ of mandamus.

It is so **ORDERED** on February 27, 2018.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. CV-14-0000351, styled *In the Interest of N.A.S., B.R.S., and R.C.S., Children*, pending in the 198th Judicial District Court, Bandera County, Texas, the Honorable M. Rex Emerson presiding.